**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DS1301026

IN RE:

Ronald Duane Jefferson;
Shontal Jefferson;

] Case Number 13-02393
] CH 13
] Judge Donald R. Cassling
]
]
]
]
]

**NOTICE OF MOTION**

TO:   Ronald Duane Jefferson, 136 S Forestview Ln, Aurora, IL 60502

Shontal Jefferson, 136 S Forestview Ln, Aurora, IL 60502

Karolina L Hollingsworth, 55 E Monroe St # 3400, Chicago , IL 60603

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

PLEASE TAKE NOTICE that on July 11, 2014 at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or any judge sitting in his stead, in the courtroom usually occupied by him in Room 240 at 100 S. Third Street, Geneva, IL, and move to present the attached motion.

/s/ Crystal V. Sava
Attorney for Creditor

**PROOF OF SERVICE BY MAIL**

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on June 26 2014.

/s/ Brittany Neubauer

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960   866-402-8661     630-428-4620 (fax)
DS1301026

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                                                                BK030

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DS1301026

IN RE:

Ronald Duane Jefferson;
Shontal Jefferson;

]  Case Number 13-02393
]  CH 13
]  Judge Donald R. Cassling
]
]
]
]
]

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Wells Fargo Bank, N.A., secured creditor herein, by and through its attorneys, FREEDMAN ANSELMO LINDBERG LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 13 on January 22, 2013. Plan was confirmed on March 15, 2013.

5. Wells Fargo Bank, N.A. holds a 1st mortgage secured by a lien on debtor(s) real estate commonly known as 136 Forestview Ln. Aurora, IL 60504

6. There is no equity in the property, as its value is $285,000.00 (Per Schedule A) and the balance due on the loan is $304,918.83. The sum of all other liens on the property is $36,076.00 (Per Schedule D).

7. The loan is post-petition due for the May 1, 2013 to March 1, 2014 payments in the amount of $2,235.06 each, April 1, 2014 payment in the amount of $2,301.61, for a default of

$26,887.27.Minus a suspense credit of $74.82, not including fees and costs for this motion, the total debt is $26,812.45.

8.     The failure of the debtor(s) to make post-petition payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

9.     The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

10.    Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly enodrsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

WHEREFORE, Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay.

Wells Fargo Bank, N.A.

_/s/ Crystal V. Sava__
One of its Attorneys

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960  866-402-8661    630-428-4620 (fax)
DS1301026

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**