**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) <u>Ronald Duane Jefferson; Shontal Jefferson;</u>  Case No. <u>13-02393</u>  Chapter <u>13</u>

All Cases: Moving Creditor <u>Wells Fargo Bank, N.A.</u>  Date Case Filed <u>January 22, 2013</u>

Nature of Relief Sought: <u>X</u> Lift Stay

Chapter 13:  Date of Confirmation Hearing  or Date Plan Confirmed <u>3/15/2013</u>

1. Collateral
   a. Home     <u>X</u>
   b. Car      Year, Make and Model _____
   c. Other    _____

2. Balance owed as of Petition Date <u>$304,918.83</u>
   Total of all other Liens against Collateral $36,076.00 (Per Schedule D)

3. Attach a payment history, *or* list the months post-petition for which full payment from the debtor was not received:
   5/1/13 - 3/1/14 @ $2,235.06 = $24,585.66
   4/1/14 - 4/1/14 @ $2,301.61 = $2,301.61

4. Estimated Value of Collateral (must be supplied in *all* cases) $<u>285,000.00 (per schedule A)</u>

5. Default
   a. Pre-Petition Default
      Number of months _____    Amount $_____
   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months <u>12</u> Amount $26,812.45
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months ____ Amount $

6. Other Allegations
   a. Lack of Adequate Protection § 362(d)(1)
      i. No insurance      ____
      ii. Taxes unpaid     ____   Amount _____
      iii. Rapidly depreciating asset   _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362(d)(2) <u>X</u>

   c. Other "Cause" § 362(d)(1) _____
      i. Bad Faith
      ii. Multiple filings
      iii. Other (describe):

   d. Debtor's Statement of Intention regarding the Collateral
      i. Reaffirm    ii. Redeem
      iii. Surrender   iv. No Statement of Intention Filed
      v. Not Indicated X

Date: <u>June 26, 2014</u>              <u>/s/ Crystal V. Sava</u>
                                        Counsel for Movant