Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
MAY 07, 2012      RHSP    1:49 PM
OTHER             07 – 19 – 304 – 036
003 PAGES    R2012 – 058830

## CORPORATE ASSIGNMENT OF MORTGAGE

DuPage, Illinois
"JEFFERSON"
SELLER'S LENDER ID#: 759

MERS #: ▓▓▓▓    SIS #: ▓▓▓▓

Date of Assignment: May 2nd, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IDEAL HOME MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: WELLS FARGO BANK, NA at 1 HOME CAMPUS, DES MOINES, IA 50328

Executed By: SHONTAL C. JEFFERSON AND RONALD D. JEFFERSON, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IDEAL HOME MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 08/25/2005 Recorded: 09/12/2005 as Instrument No.: R2005-200339 In the County of DuPage, State of Illinois.

Assessor's/Tax ID No. ▓▓▓▓

Property Address: 136 FORESTVIEW LANE, AURORA, IL 60504

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $280,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IDEAL HOME MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS

On 05-03-2012

By: _____
Liza Bhattarai Neupane
Assistant Secretary

STATE OF Minnesota
COUNTY OF Dakota

On 05-03-2012, before me, Scott Heurkins, a Notary Public in Dakota County in the State of Minnesota, personally appeared Liza Bhattarai Neupane, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Scott Heurkins
Notary Expires: / /
1-31-17

SCOTT GERALD HEURKINS
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2017

(This area for notarial seal)

Prepared By: Wendy A Butler, WELLS FARGO BANK, N.A. 2701 WELLS FARGO WAY, MAC X9999-018, MINNEAPOLIS, MN 55467-8000 1-866-234-8271

Exhibit "A"

Lot 90, in Fox Valley East Region II Unit No. 33B-Oakhurst, being a Subdivision of part of the Northeast 1/4 and the Northwest 1/4 of Section 30 and the Southwest 1/4 of Section 19, Township 38 North, Range 9, East of the Third Principal Meridian, according to the Plat thereof recorded June 12, 1990 as Document R90-072149 and Certificates of Correction recorded August 10, 1990 as Document R90-102034 and November 7, 1990 as Document R90-151906, in DuPage County, Illinois.