UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Ronald Duane Jefferson,<br>Shontal Jefferson,<br>             Debtor(s). | Chapter 13<br><br>Case No. 13-02393 |

## DECLARATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, <u>Kiesha Overton</u>, declare under penalty of perjury as follows:

1. I am a/an <u>VP Loan Documentation</u> of Wells Fargo Bank, N.A. ("Wells Fargo") and am authorized to sign this declaration on behalf of Wells Fargo Bank, N.A. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for Wells Fargo, I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo in connection with the account that is the subject of the Motion (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and extensions of credit given to the Debtor(s) concerning the property securing such Account.

3. The information in this declaration is taken from Wells Fargo's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course

of Wells Fargo's regularly conducted business activities. It is the regular practice of Wells Fargo to create and maintain such records.

4. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to the attached promissory note (the "Debt Agreement"). Pursuant to the attached mortgage (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Debt Agreement and the mortgage are secured by the property referenced in the Motion.

5. As of April 29, 2014, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

6. As of April 29, 2014, the unpaid principal balance of the Debt Agreement is $278,580.34.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor(s) as of April 29, 2014:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 11 | 5/1/13 | 3/1/14 | $1,446.02 | $789.04 | $2,235.06 | $24,585.66 |
| 1 | 4/1/14 | 4/1/14 | $1,446.02 | $855.59 | $2,301.61 | $2,301.61 |
| Less post-petition partial payments (suspense balance): | | | | ($74.82) | | |

**Total: $26,812.45**

8. As of April 29, 2014, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $26,812.45, consisting of (i) the foregoing total of missed post-petition payments in the amount of $26,812.45, plus (ii) the following post-petition fees and advances for taxes and insurance. The total of missed post-petition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed

2

escrow shortage amount (if applicable). To avoid duplication, post-petition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, Wells Fargo will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total post-petition arrearage/delinquency is qualified accordingly.

| Description | Amount |
| --- | --- |
| N/a | $0.00 |
| N/a | $0.00 |

9. The following documents are attached as exhibits and incorporated herein by reference:

    (a)    Attached hereto as Exhibit A is a true and correct copy of the Debt Agreement.

    (b)    Attached hereto as Exhibit B is a true and correct copy of the mortgage.

    (c)    Attached hereto as Exhibit C is a post-petition payment history.

    (d)    Attached hereto as Exhibit D is an addendum listing all fees and charges assessed to the account of the Debtor(s) post-petition.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April, 2014.

_____
Name: Kiesha Overton
Title: VP Loan Documentation

# Exhibit C

**Post-Petition Payment History**

| Payment Due Date | Amount Due | Date Funds Received | Amount Received | Date Funds Applied | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Amount Applied to Fees | Amount Applied to Credit Insurance | Total Amount Applied | Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2/11/13 | $1,330.00 | 2/14/13 | | | | | | | |
| 2/1/13 | $2,235.06 | 2/13/13 | $930.00 | 2/14/13 | $682.24 | $763.78 | $789.04 | | | $2,235.06 | |
| 3/1/13 | $2,235.06 | 3/12/13 | $2,260.00 | 3/14/13 | $684.09 | $761.93 | $789.04 | | | $2,235.06 | |
| 4/1/13 | $2,235.06 | 4/16/13 | $2,260.00 | 4/17/13 | $685.94 | $760.08 | $789.04 | | | $2,235.06 | |
| 5/1/13 | $2,235.06 | | | | | | | | | | |
| 6/1/13 | $2,235.06 | | | | | | | | | | |
| 7/1/13 | $2,235.06 | | | | | | | | | | |
| 8/1/13 | $2,235.06 | | | | | | | | | | |
| 9/1/13 | $2,235.06 | | | | | | | | | | |
| 10/1/13 | $2,235.06 | | | | | | | | | | |
| 11/1/13 | $2,235.06 | | | | | | | | | | |
| 12/1/13 | $2,235.06 | | | | | | | | | | |
| 1/1/14 | $2,235.06 | | | | | | | | | | |
| 2/1/14 | $2,235.06 | | | | | | | | | | |
| 3/1/14 | $2,235.06 | | | | | | | | | | |
| 4/1/14 | $2,301.61 | | | | | | | | | | |
| TOTAL: | $33,592.45 | | $6,780.00 | | $2,052.27 | $2,285.79 | $2,367.12 | $0.00 | $0.00 | $6,705.18 | $74.82 |

# Exhibit D

## Post-Petition Fee Breakdown Addendum

| DESCRIPTION OF FEE OR CHARGE | DATE INCURRED | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL FEES AND CHARGES DUE** |  | **$0.00** |