**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

Page 1 of 3

SHONTAL C JEFFERSON
RONALD D JEFFERSON
136 FORESTVIEW LN
AURORA IL 60502

**For informational purposes**

**Escrow account disclosure statement and notice of new mortgage payment**

| | |
|---|---|
| Loan number: | |
| Next payment due date: | July 01, 2012 |
| New payment effective date: | February 01, 2013 |
| New payment amount: | $2,235.06 |
| Principal balance: | $282,010.07 |
| Interest rate: | 3.250% |
| Statement date: | January 25, 2013 |
| Account review period: | Nov 2012 - Jan 2013 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 6 a.m. - 10 p.m. |
| | Sat 8 a.m. - 2 p.m. CT |

We accept telecommunications relay service calls.

Property address:
136 FORESTVIEW LN
AURORA IL 60502-6941

Dear SHONTAL C JEFFERSON and RONALD D JEFFERSON:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date<br>February 01, 2013[1] | Current<br>payment ($) | New<br>payment ($) |
|---|---|---|
| Principal and/or interest | 1,446.02 | 1,446.02 |
| Escrow payment | 753.83 | 789.04 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| **Total payment amount** | **2,199.85** | **2,235.06** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your February 01, 2013 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

Your account is in balance. Our calculation has resulted in no projected shortage or overage in your escrow account.

**A guide to your escrow questions and answers is available at:  wellsfargo.com/escrowquestions**

*** This section intentionally left blank ***

For informational purposes          Loan number:

The following information covers your projected escrow account activity from Feb 2013 to Jan 2014

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| COUNTY TAX | 7,990.46 |
| HAZARD INS | 1,478.00 |
| Total disbursements | 9,468.46 |
| **Scheduled escrow payment** | 789.04[1] |

1. Your escrow payment is calculated by dividing the total disbursements by 12.

**Projected escrow account activity for the next 12 months**

| Date | Anticipated payments ($) To escrow | From escrow | Description | Escrow balance ($) Projected | Required |
|---|---|---|---|---|---|
| Feb 2013 | | | Starting balance | 454.91 | 4,734.22 |
| Feb 2013 | 789.04 | 0.00 | | 1,243.95 | 5,523.26 |
| Mar 2013 | 789.04 | 0.00 | | 2,032.99 | 6,312.30 |
| Apr 2013 | 789.04 | 0.00 | | 2,822.03 | 7,101.34 |
| May 2013 | 789.04 | 3,995.23 | DUPAGE COUNTY | 384.16- | 3,895.15 |
| Jun 2013 | 789.04 | 0.00 | | 404.88 | 4,684.19 |
| Jul 2013 | 789.04 | 0.00 | | 1,193.92 | 5,473.23 |
| Aug 2013 | 789.04 | 3,995.23 | DUPAGE COUNTY | 2,012.27- | 2,267.04 |
| Sep 2013 | 789.04 | 1,478.00 | STATE FARM INS | 2,701.23-[2] | 1,578.08[3] |
| Oct 2013 | 789.04 | 0.00 | | 1,912.19- | 2,367.12 |
| Nov 2013 | 789.04 | 0.00 | | 1,123.15- | 3,156.16 |
| Dec 2013 | 789.04 | 0.00 | | 334.11- | 3,945.20 |
| Jan 2014 | 789.04 | 0.00 | | 454.93 | 4,734.24 |
| **Total** | 9,468.48 | 9,468.46 | | | |

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. *Projected low point.* The point during the annual period at which the projected escrow balance will reach its lowest point.

3. *Required escrow balance.* To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$1,578.08**
- State law requires that this minimum escrow balance not exceed **$1,578.08**
- <u>Note</u>: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

| | |
|---|---|
| **Information about your escrow account** | |
| Your lowest projected escrow account balance (low point) ($) | 2,701.23- |
| **Plus escrow adjustment[4] ($)** | 4,279.31 |
| Less your required minimum escrow account balance ($) | 1,578.08 |
| **This means your escrow account is in balance** | 0.00 |

4. An Escrow Adjustment of $4,279.31, scheduled to be repaid through the bankruptcy, is included in this calculation.

For informational purposes          Loan number: 

The following information covers your escrow account history activity from Nov 2012 to Jan 2013

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Nov 2012 | | | | | Starting balance | 2,334.38 | 4,821.90- |
| Nov 2012 | 778.12 | 0.00[1] | 0.00 | 0.00 | | 3,112.50 | 4,821.90- |
| Dec 2012 | 778.12 | 0.00[1] | 0.00 | 0.00 | | 3,890.62 | 4,821.90- |
| Jan 2013 est. | 778.12 | 5,276.81[1] | 0.00 | 0.00 | | 4,668.74 | 454.91 |
| **Totals** | **2,334.36** | **5,276.81** | **0.00** | **0.00** | | | |

*1. Indicates where a difference exists between the projected and actual account activity.*

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**